IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERBERT M. BELLINGER, JR.,

    Plaintiff,                   No. CIV S-02-2335 LKK GGH P

    vs.

DEPUTY ALLBEE, et al.,

    Defendants.             <u>ORDER</u>

_____/

        On June 3, 2005, the court granted in part and denied in part defendants' summary judgment motion. Accordingly, the court will re-set the pretrial conference and jury trial dates.

        IT IS HEREBY ORDERED that:

        1. Plaintiff's pretrial statement is due on or before February 9, 2006; defendants' pretrial statement is due on or before February 23, 2006; the pretrial conference is set for March 9, 2006;

/////

/////

/////

/////

1

1  2. The jury trial is set for June 6, 2006, at 10:30 a.m. before the Honorable Lawrence K.
2  Karlton.
3  DATED: 11/18/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
5  bell2335.sch                                                UNITED STATES MAGISTRATE JUDGE