IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERBERT M. BELLINGER, JR.,

      Plaintiff,                      No. CIV S-02-2335 LKK GGH P

      vs.

DEPUTY ALLBEE, et al.,

      Defendants.            <u>ORDER</u>

_____/

      Due to conflicts in the court's schedule, IT IS HEREBY ORDERED that:

      1. The settlement conference and trial confirmation hearing set for April 24, 2006, are vacated; the settlement conference is re-set for July 24, 2006, at 9:00 a.m. before Magistrate Judge Hollows; the trial confirmation hearing is re-set for July 24, 2006, at 11:15 a.m. before the Honorable Lawrence K. Karlton;

      2. The jury trial set for June 27, 2006, is vacated and re-set for October 11, 2006, at 10:30 a.m. before the Honorable Lawrence K. Karlton.

DATED: 4/10/06

                                              /s/ Gregory G. Hollows

                                              GREGORY G. HOLLOWS

bell2335.ord                                UNITED STATES MAGISTRATE JUDGE