IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERBERT M. BELLINGER, JR.,

        Plaintiff,                No. CIV S-02-2335 LKK GGH P

   vs.

DEPUTY ALLBEE, et al.,

        Defendants.        ORDER

_____/

        IT IS HEREBY ORDERED that:

        1. The jury trial set for October 11, 2006, before the Honorable Lawrence K. Karlton is vacated and will be re-set at the trial confirmation hearing;

        2. The trial confirmation hearing is re-set for October 23, 2006, at 11:15 a.m. before the Honorable Lawrence K. Karlton; the settlement conference is re-set for October 23, 2006, at 9:00 a.m. before the undersigned.

DATED: 8/28/06

                                      /s/ Gregory G. Hollows

                                      GREGORY G. HOLLOWS
                                      UNITED STATES MAGISTRATE JUDGE

GGH:kj
bell2335.res