1  RANDOLPH CREGGER & CHALFANT LLP
   ADRIAN L. RANDOLPH, State Bar No. 133577
2  DEMOND L. PHILSON, State Bar No. 220220
   1030 G Street
3  Sacramento, California 95814
   Telephone: (916) 443-4443
4  Facsimile:  (916) 443-2124

5  Attorneys for Defendants
   COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF
6  LOU BLANAS, DEPUTY ALLBEE, DEPUTY GARGANO, DEPUTY
   D. TREAT, DEPUTY SGT. STEWART, DEPUTY LT. G. POWELL,
7  SACRAMENTO COUNTY SHERIFF'S DEPARTMENT

8

9                UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 HERBERT M. BELLINGER, JR.,           )   No. CIV S-02-2335 LKK GGH-P
                                        )
13          Plaintiff,                  )   **STIPULATION FOR DISMISSAL**
                                        )   **WITH PREJUDICE AND ORDER**
14     vs.                              )   **THEREON**
                                        )
15 SACRAMENTO COUNTY, LOU BLANAS,       )
   SHERIFF SACRAMENTO COUNTY, DEPUTY    )
16 ALLBEE, DEPUTY GARGANO, DEPUTY D.    )
   TREAT, DEPUTY SGT. STEWART, DEPUTY   )
17 LT. G. POWELL,                       )
                                        )
18          Defendants.                 )
                                        )
19

20     Plaintiff HERBERT BELLINGER, JR, Plaintiff in Pro Se, and Defendants COUNTY OF

21 SACRAMENTO, SACRAMENTO COUNTY SHERIFF LOU BLANAS, DEPUTY ALLBEE,

22 DEPUTY GARGANO, DEPUTY D. TREAT, DEPUTY SGT. STEWART, DEPUTY LT. G.

23 POWELL, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, by and through their attorney

24 of record, Demond L. Philson of Randolph Cregger & Chalfant LLP, hereby stipulate that the

25 above-entitled action may be dismissed, with prejudice.

26   ///

**Randolph Cregger & Chalfant**

1  Each party to bear their own costs and fees, pursuant to the terms of the stipulation.

2  DATED: November 29, 2006

3  /s/ Herbert M. Bellinger, Jr.
HERBERT BELLINGER, JR.

6  DATED: October 25, 2006   RANDOLPH CREGGER & CHALFANT LLP

8  By /s/ Demond L. Philson
DEMOND L. PHILSON

10  ORDER

11  IT IS HEREBY ORDERED that the above-entitled matter be dismissed with prejudice, each party to bear their own costs and fees, pursuant to the stipulation.

13  DATED: 12/12/06

14  /s/ Gregory G. Hollows

15  GREGORY HOLLOWS
Magistrate Judge
16  U.S. District Court, Eastern District of California

bell2335.dis

**Randolph Cregger & Chalfant**